UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Steven Hendricks Blondheim,            Civil 05-2195 JNE/FLN

    Petitioner,

v.                                           O R D E R

Joan Fabian, Commissioner,

    Respondent.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated September 27, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for a writ of habeas corpus [#1] is DENIED;

2. Petitioner's application to proceed *in forma pauperis* [#2] is DENIED; and

3. This action is summarily dismissed without prejudice for lack of jurisdiction.

DATED: October 24, 2005.         s/ Joan N. Ericksen
at Minneapolis, Minnesota        JUDGE JOAN N. ERICKSEN
                                         United States District Court